```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 09-82414-CIV-HURLEY
                              MAGISTRATE JUDGE P.A. WHITE

ROGER DARVILLE,               :

        Plaintiff,            :    ORDER OF DISMISSAL

v.                            :

DEPUTY PINTO,                 :

        Defendant.            :
_____
```

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This case is dismissed for failure to state a claim pursuant to 28 U.S.C.§1915(e)(2)(B)(ii).

2. All motions not otherwise ruled upon are dismissed, as moot.

3. This case is closed.

DONE AND ORDERED at West Palm Beach, Florida, this 21st day of January, 2010.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

cc:   Roger Darville, Pro Se
      Palm Beach County Jail
      Address of record